**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2262**

EDWIN ANTONIO ALGARIN MOURE,

Plaintiff - Appellant,

v.

COMVALTECH CORP. OF PUERTO RICO; LIQUID CAPTIAL EXCHANGE INC.; GARRINGTON GROUP LTD; HECTOR RAFAEL FIGUEROA FERNANDEZ; WYETH PHARMACEUTICALS COMPANY INC.; WYETH-WHITEHALL PARMACEUTICALS INC.; PFIZER PHARMACEUTICALS INC.; PFIZER PHARMACEUTICALS LLC; PFIZER GLOBAL MANUFACTURING; PFIZER INDUSTRY ASSOCIATION PUERTO RICO; PFIZER GLOBAL MANUFACTURING PUERTO RICO; LILLY DEL CARIBE INC.; FIRST BANK OF PUERTO RICO; SCOTIA BANK OF PUERTO RICO; GENERAL ATTORNEY OF THE UNITED STATE DEPARTMENT OF JUSTICE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:20-cv-00743-LO-IDD)

Submitted: February 18, 2021                          Decided: February 22, 2021

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Edwin A. Algarin-Moure, Appellant Pro Se. Theresa Allyn Queen, GREENBERG TRAURIG, LLP, McLean, Virginia; Craig Crandall Reilly, LAW OFFICE OF CRAIG C. REILLY, Alexandria, Virginia; Peter John Komorowski, III, COVINGTON & BURLING, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin A. Algarin-Moure seeks to appeal the magistrate judge's order denying his motions for extension of time to respond to Defendants' motions to dismiss his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order Algarin-Moure seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Algarin-Moure's motions to appoint counsel and for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*